NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN BURKS,**
*Petitioner,*

v.

**RAILROAD RETIREMENT BOARD,**
*Respondent.*

---

2011-3196

---

Petition for review of the Merit Systems Protection Board in case no. CH0752100197-I-1.

---

**ON MOTION**

---

**O R D E R**

John Burks moves to stay proceedings in this petition. The Railroad Retirement Board opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

APR 1 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John Burks
    Douglas T. Hoffman, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 0 2012

JAN HORBALY
CLERK